10241. LIME COLA BOTTLING Co. *v.* HARRIS TIRE Co.

LUKE, J. There was no error in overruling the demurrer, or in the admission of testimony. The evidence in this case, which was tried according to law, supported, if it did not demand, the verdict returned for the plaintiff. For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JUNE 12, 1919.

Complaint; from city court of Savannah—Judge Freeman. October 28, 1918.

The action was on an open account consisting of numerous dated items, including such items as: "Pulling car out of mudhole," "Going out and starting motor," "2 hours mechanic's time going out and starting car," "Trip to East Savannah to pull car out of sand," "1 hour mechanic's time repairing magneto," etc., each followed by an amount in money; to which the defendant demurred on the ground that the items were too vague, indefinite, and uncertain. Error was assigned on the overruling of the demurrer.

*Robert L. Colding,* for plaintiff in error.
*Edwards & Lester,* contra.